UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-61116-JIC

NAJLA ABU JABER, individually,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC,
a foreign limited liability company,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff NAJLA ABU JABER, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal. A proposed order dismissing this action is attached hereto as Exhibit A.

Respectfully submitted this 2nd day of July, 2013.

                        BRET L. LUSSKIN, Esq.
                        *Attorney for Plaintiff*
                        1001 N. Federal Hwy., Ste 106
                        Hallandale Beach, Florida 33009
                        Telephone: (954) 454-5841
                        Facsimile: (954) 454-5844
                        blusskin@lusskinlaw.com

                        By:    /s/ Bret L. Lusskin, Esq.
                                Bret L. Lusskin, Esq.
                                Florida Bar No. 28069

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 2nd day of July, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

1

document is being served via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            BRET L. LUSSKIN, Esq.
*Attorney for Plaintiff*
1001 N. Federal Hwy., Ste 106
Hallandale Beach, Florida 33009
Telephone: (954) 454-5841
Facsimile: (954) 454-5844
blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
     Bret L. Lusskin, Esq.
     Florida Bar No. 28069

2