UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61116-CIV-COHN/SELTZER

NAJLA ABU JABER,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** is before the Court upon Plaintiff Najla Abu Jaber's Notice of Voluntary Dismissal [DE 9]. Because Plaintiff has voluntarily dismissed this action without prejudice, the Clerk of Court is hereby directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 8th day of July, 2013.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF